# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

March 13, 2015

Lyle W. Cayce
Clerk

No. 14-30412
Summary Calendar

TANYA MCLAIN WEEMS,

Plaintiff - Appellant

v.

JAMES DAVID HODNETT; MAYNARD CLARK & TEASLEY, INCORPORATED;
JOHN ELBA ARNOLD, IV, doing business as Arnold Group, Incorporated;
LOUISIANA DEPARTMENT OF INSURANCE; L. K. HARTSFIELD; RYAN
CURTIS; ARNOLD GROUP, INCORPORATED; ARNOLD INSURANCE GROUP,

Defendants – Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:10-CV-1452

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

Tanya Weems appeals from a final judgment entered by the district court, which granted summary judgment as to all of the defendants. Weems appeals every holding in the district court's orders granting summary judgment. A careful review of the record in this case, a full consideration of

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-30412

the parties' briefs—including Weems' motion for judicial notice—, and a thorough analysis of the district court's rulings, lead us to conclude that the district court's judgments were not in error.  Thus, we uphold the district court's grant of summary judgment for each defendant.

The district court judgment is AFFIRMED and pending motions are dismissed as moot.  *See* 5TH CIR. R. 47.6.